THE STATE v. BURGESS, *Appellant.*

**Venue.** Judgment reversed because the venue of the offense was not proven.[*]

*Appeal from Platte Circuit Court.* — HON. G. W. DUNN, Judge.

REVERSED.

*Wilson, Woodson & Merryman* for appellant.

*D. H. McIntyre,* Attorney General, and *J. W. Colburn,* Prosecuting Attorney of Platte county, for the State.

SHERWOOD, C. J.—We reverse the judgment herein, and remand the cause, for the reason that no venue was proven. True, it was in evidence that the homicide was committed in "Camden Point," and the defendant testified that he had "been in Platte county four or five days before the difficulty," but it nowhere appears that "Camden Point" is in Platte county, nor is to be inferred that it is in that county from the testimony of defendant as to his whereabouts for four or five days prior to the occurrence on which the indictment is based. This case is, therefore, on all-fours with that of *State v. McGinniss,* 74 Mo. 245. We shall not rule on any other question in the case, as it may not be necessary in the event of a new trial. All concur.

---

[*]See *State v. Hartnett, ante,* p. 251.